**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Family Mutual Insurance Co., a Wisconsin corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>National Fire & Marine Insurance Co., a foreign corporation; et al.,<br><br>    Defendants. | No. CV07-2237-PHX-NVW<br><br>**ORDER**<br><br>[Not for Publication] |

    Before the Court is Plaintiff American Family Mutual Insurance Company and Defendant Western World Insurance Company's Stipulated Motion for Summary Judgment Re: Defendant Western World Company. (Doc. # 650.) For the reasons stated therein, the Court will grant the stipulated motion.

    IT IS THEREFORE ORDERED that the Stipulated Motion for Summary Judgment Re: Defendant Western World Company (doc. # 650) is granted.

    IT IS FURTHER ORDERED that the Court expressly determines that there is no just reason for delay in the entry of final judgment in favor of Defendant Western World Insurance Company on claims in this lawsuit arising out of its policies issued to Central Valley Specialities, Inc., policy numbers NPP725017 and NPP0742779. The Court directs the Clerk to enter final judgment against Plaintiff American Family Mutual

Insurance Co. and in favor of Defendant Western World Insurance Company on Plaintiff American Family Mutual Insurance Co.'s claims in this lawsuit against Defendant Western World Insurance Company arising from Western World Insurance Company's commercial general liability policies issued to Central Valley Specialities, Inc., policy numbers NPP725017 and NPP0742779.

DATED this 20th day of October, 2009.

_____
Neil V. Wake
United States District Judge