**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

American Family Mutual Insurance Co., a)    No. CV07-2237-PHX-NVW
Wisconsin corporation, )

          Plaintiff, )    **ORDER**

                    )

vs. )

                    )

National Fire & Marine Insurance Co., a)
foreign corporation; et al, )

          Defendants. )

                    )

On January 7, 2010, applications by Defendants National Fire & Marine Insurance Company, American Safety Indemnity Company, Owners Insurance Company, St. Paul Guardian Insurance Company, and Northland Insurance Company for award of attorneys' fees and non-taxable costs were granted in the amounts requested and these Defendants were permitted to claim by January 22, 2010, additional fees and expenses accrued since September 18, 2009. (Doc. # 815.) Supplemental fee claims have been submitted by National Fire and Owners (doc. # 834) and by St. Paul Guardian and Northland (doc. # 835).

Plaintiff does not oppose National Fire's and Owners' supplemental claims. (Doc. # 853.) National Fire previously was granted $14,507.50 in attorneys' fees and additionally will be granted $2,088.50 in supplemental fees. National Fire has not claimed any non-taxable costs. Owners previously was granted $52,364.50 in attorneys'

1  fees and $596.34 in non-taxable costs and additionally will be granted $2,218.00 in

2  attorneys' fees.

3      Plaintiff disputes specific billing entries supporting St. Paul Guardian and

4  Northland's supplemental claim, which it contends are related to appeal or a motion to

5  stay pending appeal ($315.00), unnecessary and unreasonable ($1,019.), or redacted to the

6  extent it cannot be determined what services were rendered ($360.00). (Doc. # 852.) St.

7  Paul Guardian and Northland stated they had redacted any fees and costs incurred in

8  relation to the pending Ninth Circuit appeal, but it appears that two billing entries relating

9  to appeal were overlooked. These entries for 10/7/09 and 11/23/09 total $65.00 and will

10 be excluded; the others identified by Plaintiff (doc. # 852-1, Exh. 1) as recoverable only

11 on appeal will not be excluded. The entries Plaintiff contends are unnecessary and

12 unreasonable relate to monitoring the ongoing district court litigation while the appeal is

13 pending and will not be excluded because they are neither unnecessary nor unreasonable.

14 Finally, all of the redacted billing entries identified by Plaintiff (doc. # 852-1, Exh. 3),

15 which totals $360.00, will be excluded because no description of services rendered is

16 provided for any of these entries. St. Paul Guardian and Northland previously were

17 granted $57,328.15 in attorneys' fees and $655.23 in non-taxable costs and additionally

18 will be granted $4,122.50 ($4,547.50 requested less $425.00) in attorneys' fees.

19      IT IS THEREFORE ORDERED that the supplemental fee claims by National Fire

20 and Owners (doc. # 834) are granted in the amounts requested.

21      IT IS FURTHER ORDERED that the supplemental fee claim by St. Paul Guardian

22 and Northland (doc. # 835) is granted in the amount of $4,122.50.

23      IT IS FURTHER ORDERED that the Clerk enter judgment pursuant to Fed. R.

24 Civ. P. 54(d) and LRCiv 54.2 against Plaintiff American Family Mutual Insurance

25 Company and in favor of Defendant National Fire & Marine Insurance Company for

26 **$16,596.00** for attorneys' fees and for **$0.00** for non-taxable costs, plus interest at the

27 federal rate from the date of judgment until paid; against Plaintiff American Family

28 Mutual Insurance Company and in favor of American Safety Indemnity Company for

1  **$45,429.50** for attorneys' fees and for **$803.66** for non-taxable costs, plus interest at the

2  federal rate from the date of judgment until paid; against Plaintiff American Family

3  Mutual Insurance Company and in favor of Owners Insurance Company for **$54,582.50**

4  for attorneys' fees and for **$596.34** for non-taxable costs, plus interest at the federal rate

5  from the date of judgment until paid; and against Plaintiff American Family Mutual

6  Insurance Company and in favor of St. Paul Guardian Insurance Company and Northland

7  Insurance Company for **$61,450.65** for attorneys' fees and for **$625.23** for non-taxable

8  costs, plus interest at the federal rate from the date of judgment until paid.

9       DATED this 3rd day of March, 2010.

10

11

12

13  _____

14                    Neil V. Wake
       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28